**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Timothy P. Murray, Case No. 01-CV-1493 JMR/FLN

Plaintiff,

vs.

Firstar Bank USA, N.A./Elan Financial Services, a Wisconsin corporation, and Regional Adjustment Bureau, Inc., a Tennessee corporation,

Defendants.

---

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

STIPULATION

Plaintiff Timothy P. Murray and Defendant Firstar Bank USA, N.A. d/b/a Elan Financial Services ("Firstar"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff commenced this action against Defendant Firstar by serving it by hand with the Complaint on August 27, 2001.

WHEREAS, Defendant Firstar has requested from Plaintiff additional time to continue its factual investigation of the allegations in the Complaint and seeks an extension of two weeks to answer or otherwise respond to the Complaint;

NOW, THEREFORE, the parties hereby stipulate that Defendant Firstar may have until October 1, 2001 to answer or otherwise respond to the Complaint herein. The parties request the Court to enter the following order approving this additional extension.

SEP 1 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 14, 2001.

BALE ANDERSON POLSTEIN RANDALL & HILL, LTD.

By ______________________
Peter G. Hill (#4510x)
Ryan E. Langsev
527 Marquette Avenue #1800
Minneapolis, MN 55402
(612) 332-8063

ATTORNEYS FOR PLAINTIFF

Dated: September 14, 2001.

MASLON EDELMAN BORMAN & BRAND, LLP

By ______________________
R. Christopher Sur (#251586)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

ATTORNEYS FOR DEFENDANT FIRSTAR BANK USA N.A. d/b/a ELAN FINANCIALSERVICES

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that Defendant Firstar Bank USA, N.A. d/b/a Elan Financial Services shall have until ***October 1, 2001*** to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: September 17, 2001.

BY THE COURT:

______________________
Franklin L. Noel
United States Magistrate Chief Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500